

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/02/2018

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| MARIA G. RODRIGUEZ | § | CASE NO. 17-34259 |
| | § | CHAPTER: 13 |
| DEBTOR | § | |
| | § | |

## ORDER GRANTING DEBTOR'S THIRD UNOPPOSED MOTION FOR CONTINUANCE OF THE CONFIRMATION HEARING AND RESETTING HEARING ON TRUSTEE'S MOTION TO DISMISS

On the  2d  day of  February , 2018, came on to be heard the Debtor's Third Unopposed Motion for Continuance of Confirmation Hearing and Request to Reset the Hearing on Debtor's Objection to Claim #6.  After considering the motion, the Court GRANTS the Debtor's Third Unopposed Motion for Continuance of the Confirmation Hearing and Request to Reset the Hearing on Debtor's Objection to Claim #6 and RESETS the hearings on the both the Trustee's Motion (ECF 27) and Debtor's Objection to Claim #6 (ECF 39).  It is therefore:

ORDERED that the Debtor's Third Unopposed Motion for Continuance of the Confirmation Hearing and Request to Reset Hearing on Debtor's Objection to Claim #6 is GRANTED and the both hearings are continued to March 6, 2018 at 10am.

FURTHER ORDERED that the Court RESETS the hearings on the Trustee's Objection to Confirmation of Chapter 13 Plan and Motion to Dismiss (ECF 27) and resets the hearing on Debtor's Objection to Claim #6 (ECF 39) until the March 6, 2018 confirmation hearing.

Signed:  February 02, 2018

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE